**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Derek J. Haynes, SBN 264621
dhaynes@porterscott.com
Steven E. Weiss, SBN 347790
sweiss@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO (erroneously sued as "COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT")

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY HER, | Case No.: 2:25−CV−02915−JDP |
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADINGS DEADLINES** |
| v. | |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a subsidiary of County of Sacramento; TRACEY JACOBS; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Good cause appearing therefore,

**IT IS HEREBY ORDERED**, per Stipulation by the Parties, that the deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint should be moved by 28 days from October 15, 2025 to November 12, 2025.

IT IS SO ORDERED.

Dated:   October 15, 2025                                 _____
                                                                                                JEREMY D. PETERSON
                                                                                                UNITED STATES MAGISTRATE JUDGE