DERICK E. KONZ, ESQ., SB No. 286902
  dkonz@akk-law.com
SERENA M. WARNER, ESQ., SB No. 264799
  swarner@akk-law.com
MATTHEW B. GRACE, ESQ., SB No. 262503
  mgrace@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant SERGEANT TRACEY JACOBS
**PUBLIC ENTITY, FILING FEES WAIVED PURSUANT TO GOV'T CODE §6103**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPUTY JOHNNY HER, an individual, | Case No.: **2:25-cv-02915-JDP** |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADINGS DEADLINES** |
| vs. | |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a subsidiary of County of Sacramento; SERGEANT TRACEY JACOBS; and DOES 1 through 50, inclusive, | |
| Defendants. | |

   Defendant County of Sacramento (erroneously sued as Sacramento County Sheriff's Department) (hereinafter "the County") was served with the Complaint from Plaintiff Johnny Her (hereinafter "Plaintiff") on September 8, 2025. Defendant Tracey Jacobs (hereinafter "Jacobs") was served with the Complaint from Plaintiff on September 8, 2025. The County, with the consent of Jacobs (collectively hereinafter "Defendants"), filed a Notice of Removal on October 8, 2025, rendering Defendants' responsive pleadings due October 15, 2025.

The Parties, having been engaging in efforts to meet and confer on the Complaint and Defendants' issues therewith, agreed that moving the deadline for Defendants to respond to Plaintiffs Complaint by an additional 28 days to allow time to continue meet-and-confer efforts on the pleadings was appropriate and beneficial, and accordingly stipulated to extend the Deadline for Defendants to file a responsive pleading to Plaintiffs Complaint by 28 days (ECF No. 4), resulting in this Court's Order to Continue Responsive Pleading Deadlines from October 15, 2025 to November 12, 2025 (ECF No. 5), on which date they are currently due.

At this time, discussions regarding the most suitable means of addressing the points raised in the course of ongoing meet and confer efforts are still underway.

The Parties agree that moving the deadline for Defendants to respond to Plaintiffs Complaint by an additional 28 days to allow further time to meet-and-confer on the pleadings and determine the most appropriate course of action with respect to the progression of this litigation is appropriate and beneficial to the goal of avoiding expense and time of extensive litigation and/or a Motion to Dismiss and/or Motion to Strike under FRCP 12(b)(6), 12(f), and the associated undue consumption of the Court's time.

Therefore, the Parties, by and through their respective counsel, hereby stipulate and agree that the deadline for Defendants to file a responsive pleading to Plaintiffs Complaint should be moved by 28 days from November 12, 2025 to December 10, 2025.

**IT IS SO STIPULATED.**

Dated: October 29, 2025                                          ANGELO, KILDAY & KILDUFF, LLP

                                                                                       */s/ Derick E. Konz*
By: _____
    DERICK E. KONZ
    Attorney for Defendant
    SERGEANT TRACEY JACOBS

/ / /

/ / /

-2-
[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADINGS DEADLINES

1  Dated: October 29, 2025                         PORTER SCOTT

                                                            */s/ Seven E. Weiss*
                                                       (As Authorized on 10/27/2025)
                                                  By: _____
                                                       DEREK J. HAYNES
                                                       STEVEN E. WEISS
                                                       Attorneys for Defendant
                                                       COUNTY OF SACRAMENTO


Dated: October 29, 2025                         SAMUEL and SAMUEL

                                                            */s/ Peter F. Samuel*
                                                       (As Authorized on 10/27/2025)
                                                  By: _____
                                                       PETER F. SAMUEL
                                                       Attorney for Plaintiff JOHNNY HER

DERICK E. KONZ, ESQ., SB No. 286902
dkonz@akk-law.com
SERENA M. WARNER, ESQ., SB No. 264799
swarner@akk-law.com
MATTHEW B. GRACE, ESQ., SB No. 262503
mgrace@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant SERGEANT TRACEY JACOBS
**PUBLIC ENTITY, FILING FEES WAIVED PURSUANT TO GOV'T CODE §6103**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEPUTY JOHNNY HER, an individual,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a subsidiary of County of Sacramento; SERGEANT TRACEY JACOBS; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: **2:25-cv-02915-JDP**<br><br>[PROPOSED] **ORDER RE JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADINGS DEADLINES** |

Good cause appearing therefore, **IT IS HEREBY ORDERED**, per Stipulation by the Parties, that the deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint be moved by 28 days from November 12, 2025 to December 10, 2025.

IT IS SO ORDERED.

Dated:  October 29, 2025                       _____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE