**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Derek J. Haynes, SBN 264621
dhaynes@porterscott.com
Steven E. Weiss, SBN 347790
sweiss@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO (erroneously sued as "COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT")

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HER, | Case No.: 2:25−CV−02915−JDP |
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADINGS DEADLINES** |
| v. | |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a subsidiary of County of Sacramento; TRACEY JACOBS; and DOES 1 through 50, inclusive, | |
| Defendants. / | |

Defendant County of Sacramento (erroneously sued as Sacramento County Sheriff's Department) (hereinafter "the County") was served with the Complaint from Plaintiff Johnny Her (hereinafter "Plaintiff") on September 8, 2025. Defendant Tracey Jacobs (hereinafter "Jacobs") was served with the Complaint from Plaintiff on September 8, 2025. The County, with the consent of Jacobs (collectively hereinafter "Defendants"), filed a Notice of Removal on October 8, 2025.

Defendants' responsive pleadings are currently due on January 7, 2026.

The Parties have been engaged in efforts to meet and confer on the Complaint and Defendants' issues therewith. Plaintiff has indicated he is willing to file an amended complaint, but needs additional time in which to prepare and file the amended pleading.

Therefore, the Parties agree that moving the deadline for Defendants to respond to Plaintiff's

1  Complaint by an additional 28 days to allow time to continue meet-and-confer efforts on the pleadings is
2  appropriate and beneficial, with the goal of avoiding expense and time of extensive litigation and/or a
3  Motion to Dismiss and/or Motion to Strike under FRCP 12(b)(6), 12(f), and the associated undue
4  consumption of the Court's time.
5        Therefore, the Parties, by and through their respective counsel, hereby stipulate and agree that the
6  deadline for Defendants to file a responsive pleading to Plaintiff's Complaint should be moved by 28 days
7  from January 7, 2026 to February 4, 2026.
8        **IT IS SO STIPULATED**

Dated:  January 6, 2026            PORTER SCOTT
                                   A PROFESSIONAL CORPORATION

                                   By _____
                                        Derek J. Haynes
                                        Steven E. Weiss
                                        Attorneys for Defendant
                                        COUNTY OF SACRAMENTO

Dated:  January 6, 2026            SAMUEL and SAMUEL

                                   By _____
                                        Peter F. Samuel
                                        Attorney for Plaintiff
                                        JOHNNY HER

Dated:  January 6, 2026            ANGELO, KILDAY & KILDUFF, LLP

                                   By _____
                                        Derick E. Konz
                                        Attorney for Defendant
                                        TRACEY JACOBS

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Derek J. Haynes, SBN 264621
dhaynes@porterscott.com
Steven E. Weiss, SBN 347790
sweiss@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO (erroneously sued as "COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT")

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HER, | Case No.: 2:25−CV−02915−JDP |
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADINGS DEADLINES** |
| v. | |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a subsidiary of County of Sacramento; TRACEY JACOBS; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Good cause appearing therefore,

**IT IS HEREBY ORDERED**, per Stipulation by the Parties, that the deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint should be moved by 28 days from January 7, 2026 to February 4, 2026.

IT IS SO ORDERED.

Dated:   January 6, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE