DERICK E. KONZ, ESQ., SB No. 286902
  dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant SERGEANT TRACEY JACOBS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPUTY JOHNNY HER, an individual,<br><br>                              Plaintiff,<br><br>         vs.<br><br>COUNTY OF SACRAMENTO;<br>SACRAMENTO COUNTY SHERIFF'S<br>DEPARTMENT, a subsidiary of County of<br>Sacramento; SERGEANT TRACEY JACOBS;<br>and DOES 1 through 50, inclusive,<br><br>                              Defendants. | Case No.: **2:25-cv-02915-DJC-JDP**<br><br>**STIPULATION AND  ORDER:**<br>   -   **VACATE ECF NO. 17 AS MOOT;**<br>   -   **THE FIRST AMENDED COMPLAINT (ECF No. 15) IS WITHDRAWN; AND**<br>   -   **PLAINTIFF SHALL FILE A SECOND AMENDED COMPLAINT BY MARCH 2, 2026** |

On January 16, 2026, Plaintiff filed a First Amended Complaint (FAC).  ECF No. 15.  On the morning of January 29, 2026, the parties filed a stipulation and proposed order to extend the responsive pleading deadline for all served Defendants in the FAC to February 13, 2026 to allow the parties time to meet and confer over motion to dismiss issues.  ECF No. 17.  The Court has not yet issued an order on ECF No. 17.

On the afternoon of January 29, 2026, all parties had a lengthy meet and confer phone call to discuss the FAC motion to dismiss arguments.  During that call, an agreement was made that Plaintiff withdraw his FAC and file a Second Amended Complaint (SAC) within thirty (30) days.

-1-

Wherefore, Plaintiff agrees to withdraw his FAC, Defendants have no objection, and all parties stipulate to Plaintiff filing an SAC by March 2, 2026.  All parties stipulate that Defendants will have 30 days from the filing of the SAC to file a responsive pleading.

Accordingly, all parties respectfully request that the Court issue an Order vacating ECF No. 17 as moot and grant this stipulated request that the FAC is withdrawn and Plaintiff shall file an SAC by March 2, 2026.

Dated:  January 29, 2026                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                                /s/ Steven E. Weiss (auth. on 1/29/26)
                                            By _____
                                                    Derek J. Haynes
                                                    Steven E. Weiss
                                                    Attorneys for Defendants
                                                    COUNTY OF SACRAMENTO

Dated:  January 29, 2026                    SAMUEL and SAMUEL

                                                /s/ Peter F. Samuel (auth. on 1/29/26)
                                            By _____
                                                    Peter F. Samuel
                                                    Attorney for Plaintiff
                                                    JOHNNY HER

Dated:  January 29, 2026                    ANGELO, KILDAY & KILDUFF, LLP

                                                /s/ Derick E. Konz
                                            By _____
                                                    Derick E. Konz
                                                    Attorney for Defendant
                                                    TRACEY JACOBS

STIPULATION AND ORDER TO VACATE ECF NO. 17 AS MOOT; THE FIRST AMENDED COMPLAINT (ECF No. 15) IS WITHDRAWN; AND PLAINTIFF SHALL FILE A SECOND AMENDED COMPLAINT BY MARCH 2, 2026

**ORDER**

Good cause appearing and upon stipulation of the parties, the Court hereby vacates ECF No. 17 as moot.  The Court grants the parties stipulated request that Plaintiff's First Amended Complaint (ECF No. 15) is withdrawn.  The Court orders Plaintiff to file a Second Amended Complaint by <u>March 2, 2026</u>.  Defendants' responsive pleading is due 30 days after the filing of Plaintiff's SAC.

**SO ORDERED.**

Dated:  January 29, 2026                                    /s/ Daniel J. Calabretta
                                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO VACATE ECF NO. 17 AS MOOT; THE FIRST AMENDED COMPLAINT (ECF No. 15) IS WITHDRAWN; AND PLAINTIFF SHALL FILE A SECOND AMENDED COMPLAINT BY MARCH 2, 2026